AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

YOUR NAME HERE
Dashawn Peterson
*Plaintiff*

v.   Civil Action No. 2:25cv432

NAME OF FIRST DEFENDANT
Destiny Alana Dexter (et al)
*Defendant*

~~PROVIDE 2 PER DEFENDANT~~

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEFENDANT'S NAME AND ADDRESS

15536 Florence Hollow Place
Sun City Center
Florida 33573

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

YOUR NAME AND ADDRESS

Dashawn Maurice Peterson (Pro Se)
1624 Georgia St - Gary, IN 46407

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Maurice Shawn Peterson_
*Plaintiff(s)*

v.    Civil Action No. 2:25cv432

_"JCS" @prettibarbblui Twitter X_
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  "JCS" @prettibarbblui  X Corp - Legal Dept  865 FM 1209  Bastrop TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DaShawn Peterson
_____
*Plaintiff(s)*

v.

Cameron "Cam" LeeWright (or Cameron)
_____
*Defendant(s)*

Civil Action No. 2:25cv432

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 8528 101st Street - Richmond Hill (Queens) NY 11418 (Primary Address)
Cameron "Cam" Camron (or Cameron "Cam" LeeWright
Additional Address: 8057 Folkstone Street Weeki Wachee Fl 34613

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DaShawn Peterson
1624 Georgia St
Gary IN 46407

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DaShawn Maurice Peterson
*Plaintiff(s)*

v.

Kennedy Smith-Jackson
*Defendant(s)*

Civil Action No. 2:25CV432

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kennedy Smith-Jackson
"123 Preakness Drive"
Alpharetta, Georgia 30022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DaShawn Peterson
1624 Georgia St
Gary, IN 46407

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_DaShawn Maurice Peterson_
Plaintiff(s)

v.    Civil Action No. _2:25cv432_

_John Doe 1 "MaRAjesty"_
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
John Doe 1 "Marajesty"
X / Twitter @feelthebass86 username
Twitter X (Formerly known as twitter) - San Francisco CA
X'CORP - Legal Dept 865 FM 1209 Bastrop TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*