AO 239 (Rev. 7/15)(INND Rev. 8/16)                                                                                           page 1



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal. If you are a prisoner, you need a different form.]*

| | |
|---|---|
| Dashawn Maurice Peterson<br>*[Type or neatly print in ink your full name. If more than one PLAINTIFF, each must file a separate form.]* | |
| v. | Case Number  2:25cv432<br>*[For a new case in this court, leave blank. The court will assign a case number.]* |
| Destiny Alana Dexter (et. al)<br>*[Put the name of the first DEFENDANT on this line.]* | |

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ✓ No.

    ○ Yes, my gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

2. Are you married? ✓ No.

    ○ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ✓ No.

    | ○ Yes.    From where? | How often? | How much? |
    |---|---|---|
    | | | |
    | | | |
    | | | |
    | | | |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. _____
I rely on SSI disability benefits and other assistance to help meet my basic needs

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. How much money do you (and spouse, if married) have? $ 20 .
[*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ 0 .

7. How many children under 18 years of age do you (and spouse, if married) support: 0 .
[*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9. Please provide any other information that should be considered in evaluating your motion.

I receive SSI Disability for my condition, depend on extra aid, and am enrolled in higher education courses/classes, which leaves me with limited funds to cover filing fees

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

_Dashaun Peterson_ (signature)  September 18, 2025
Signature                                                         Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]