UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DaSHAWN MAURICE PETERSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 2:25-CV-432-PPS-AZ |
| DESTINY ALANA DEXTER, *et al.*, | |
| Defendants. | |

## ORDER

DaShawn Peterson, without a lawyer, seeks leave to proceed in forma pauperis. [DE 2.] It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis [DE 2];

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery received in this case; and

(4) DIRECTS the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on): (1) Defendant Destiny Alana Dexter, 15536 Florence Hollow Pl., Sun City Center, FL 33573; (2) Kennedy Smith Jackson, 123 Preakness Dr., Alpharetta, GA 30022-2700; (3) Camron (or Cameron) "Cam" Lee Wright, 8528 101st St., Richmond Hill, Queens, NY 11418, or 8057 Folkstone St., Weeki Wachee FL 34613, with a copy of this order and the complaint pursuant to 28 U.S.C. § 1915(d).

2

(5) Plaintiff is WARNED that she must eventually discover the identity of John Does 1-5 and Twitter X/unsername@Prettibarblui if she hopes to proceed against them. She cannot obtain damages from the John Does if she does not serve them personally with summons and she can't serve them if she does not know who they are. If she uncovers their identity during discovery, she may ask for leave to amend the complaint to substitute their names in for the John Does.

SO ORDERED.

ENTERED: October 28, 2025.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT