

(INND Rev. 4/24)

**-FILED-**

SEP 1 9 2025

At _____ Chanта J. Berta, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

DaShawn Maurice Peterson
_____
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Destiny Alana Dexter
_____
[The **DEFENDANT** is who you are suing. Put *ONE* name on this line. List *ALL* defendants below, including this one.]

Case Number _2:_25cv_432_

[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br><br>Destiny Alana Dexter | 15536 Florence Hollow Place<br>Sun City Center, Florida 33573 |
| 2 | [Put the names of any other defendants in these boxes.]<br><br>Kenndy Smith Jackson | 123 Preakness Drive<br>Alpharetta, Georgia 30022-2700 |
| 3 | Camron (or Cameron) "Cam" Lee Wright | 8528 101st Street<br>Richmond Hill, Queens NY 11418 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? ___5___

2. What is your address? 1624 Georgia Street - Gary Indiana 46407
_____

3. What is your telephone number: (_219_) 2409577 _____

4. Have you ever sued anyone for these exact same claims?
   ⊘ No.
   ◯ Yes, attached is a copy of the final judgment *OR* an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. attached on sheet _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)

Claims and Facts (continued)

attached on extra sheet

_____

_____

_____

_____

_____

_____

_____

_____

_____

Text

_____

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

EXPLAINED ON ATTACHED SHEET INCLUDED

_____

_____

_____

_____

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊘ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_DP_  I will keep a copy of this complaint for my records.

_DP_  I will promptly notify the court of any change of address.

_DP_  I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: DeShawn Peterson

Date: 9/9/2025

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Defendant's Name and Address**

1. Destiny Alana Dexter, operating Twitter/X accounts @therealdtiny and @DOUBLEDTINY3 (now renamed @KISSMYDOUBLED) 15536 Florence Hollow Pl, Sun City Center, FL 33573

2. Kenndy Smith Jackson, operating Twitter/X account @TopnotchKenn 123 Preakness Dr, Alpharetta, Georgia 30022-2700

3. Camron (or Cameron) "Cam" Lee Wright, operating Twitter/X account @wrightcamx Richmond Hill, Queens, New York (official residence); family residence: 8057 Folkstone St, Weeki Wachee, FL 34613

4. John Doe 1, known as Twitter/X account user @FeelTheBass86 (online pseudonym Marajesty, leads this group), and possibly @ItsMinajKingdom and @GasAtTheStation Unknown residence

5. Twitter/X username @Prettibarblui (nickname: LJ) Unknown residence

**CLAIMS and FACTS**

1. This is a civil action seeking damages and injunctive relief for defamation per se, intentional infliction of emotional distress, and related claims arising from a series of events from January 2025 to the present day , involving an ongoing campaign of

cyber harassment, doxxing, defamation, and threats by Defendants, directed at Plaintiff Dashawn Maurice Peterson in Indiana, causing severe emotional distress and reputational harm.

2.Additionally, individuals operating under anonymous accounts, including John Doe 2 (operator of TikTok fake account @dashawn.shawn.li), John Doe 3 (operator of an unspecified TikTok fake page), John Doe 4 (operator of the now-deleted fake Twitter/X account @DashawnPeterson, discovered on June 6, 2025, at 9:38 PM CST), and John Doe 5 (operator of the Twitter/X anonymous account @DoxxingBarb), have been involved in these acts, with their identities to be determined through discovery.

3 The real name of Defendant that operates the x/twitter account @Prettibarblui, known as "LJ," is also to be determined through discovery.

2

**Timeline of Events:**

- **January 2025:** The situation began when Plaintiff confronted John Doe 1 on a Twitter Space Audio Live Stream (via @FeelTheBass86 account) regarding disrespectful comments towards Plaintiff. Words were exchanged during the live stream, which went way wrong. Plaintiff apologized and distanced himself from John Doe 1.
- **January 2025 to Present (Ongoing):** Following Plaintiff's distancing, orchestrated retaliatory efforts began and continue, including coordinated harassment via social media (Twitter/X and TikTok), phone calls, and text messages, targeting Plaintiff in Indiana.
- **February 15, 2025:** The initial doxxing incident occurred when Plaintiff was notified in a private message of a privacy invasion on an X Spaces audio live stream, where @FeelTheBass86 broadcasted Plaintiff's home address (1624 Georgia St, Gary, Indiana 46407). In the process, @FeelTheBass86 misidentified Plaintiff's now-deceased grandmother as his mother while disclosing information Plaintiff did not provide, causing severe emotional distress.
- **March 6, 2025:** Plaintiff received a harassing text message from a TextNow app number sent to Plaintiff's iPhone 13, where Plaintiff's now-previous carrier was Boost Mobile and the phone number (219-240-9577) was then associated with Boost Mobile, containing threatening or false statements, causing severe emotional distress.

- **May 3, 2025**: Defendant John Doe 1, known as Twitter user @FeelTheBass86 (online pseudonym Marajesty, leads this group), and possibly @ItsMinajKingdom and @GasAtTheStation, posted on Twitter/X regarding a misperceived conversation from Plaintiff's Twitter/X direct messages and intentionally made a misguided defamation-like post.
-The post included false accusations of sexual harassment and referenced a phone number (800.656.4673), which actually belongs to RAINN (the national sexual assault hotline) with no local organization location or center in Plaintiff's home area of Gary, Indiana, causing reputational harm and emotional distress. The post stated: "TW: Sexual Harassment. We are TIRED of @badlikenicki sexually harassing Barbz in this community. @prettibarblui and @therealdtiny are just two of the MANY he's made uncomfortable. People literally LEAVE rooms when he enters. That's how unsafe he makes folks feel. Yesterday, his own FRIENDS told him to stop and we got the footage. And yet he continues. The screenshot attached is just one example of his disturbing messages. It's nasty, unprovoked, and PREDATORY. Stop blaming autism. You KNOW what you're doing. This is a pattern not a diagnosis. If you've been harmed, please contact the Gary, Indiana Sexual Assault Division Tip Line: 800.656.4673. His real name is on his profile."

- **May 15, 2025, 1:39 PM CDT**: Defendant Destiny Alana Dexter posted from @DOUBLEDTINY3 (now renamed @KISSMYDOUBLED) a defamatory tweet containing offensive slurs ("retarded" and "fag"), false accusations, and a photo of Plaintiff intended to ridicule and humiliate. The tweet read: "You rtarded fat f Ⓐ g, how dare you say all of those disgusting things to me & other barbz. Ur an UGLY woolly mammoth who didn't deserve to be born OR swallowed btch. You should've been flushed down the toilet. If you ATTEMPT anything towards me you'll lose more chromosomes ho!!", causing severe emotional distress and reputational harm.

- 

- **May 15, 2025, 1:53 PM CDT**: Defendant Destiny Alana Dexter again posted from @DOUBLEDTINY3 (now renamed @KISSMYDOUBLED) a defamatory tweet falsely accusing Plaintiff of threatening to sexually assault her, impersonating others, and making derogatory comments about people with autism. This post also included a fabricated AI-generated image and altered screenshots to falsely implicate Plaintiff. The tweet stated: "Imaging looking like this thinking ANYONE would want you AT ALL. Imagine saying ppl with autism should get reported to a psych ward while threatening to SA me, impersonating other barbz, & talking about an innocent chid.

Looking like you live in the sewer you fat dirty mistake.", causing severe emotional distress and reputational harm.

- **Around mid-May 2025**: Defendant @Prettibarblui (username) nickname: LJ) made false alleged accusations about Plaintiff on X/Twitter, including claims that Plaintiff engaged in inappropriate behavior and spread misinformation about Plaintiff's personal life, contributing to the ongoing harm and discovered around May 20, 2025, at 5:05 PM CDT via screenshot.

- **June 6, 2025, 9:38 PM CST**: Plaintiff was made aware of a fake Twitter/X account @DashawnPeterson, operated by an individual whose identity is to be determined through discovery, using Plaintiff's real name to threaten to have Plaintiff "swatted" for a false statement, causing additional reputational harm and emotional distress (evidence: Screenshot of the threatening message from @DashawnPeterson). Additionally, on Friday, June 6, 2025, Defendants made approximately 10 consecutive back-to-back private or restricted phone calls to Plaintiff's T-Mobile Prepaid iPhone cellular number 1-219-240-9577, causing fear and emotional distress.

- **July 3, 2025, 1:57 AM CDT**: An individual operating the Twitter/X anonymous account @DoxxingBarb, whose identity is to be determined through discovery, posted a defamatory tweet falsely accusing Plaintiff of heinous criminal acts, specifically claiming that Plaintiff engaged in grooming and sexual assault of a minor. The tweet stated: "Dashawn Maurice Peterson who is a 28 year old pedophile from Gary, Indiana once groomed and SA a 14 year old boy when he was 21 years old. This is insider information given to me by the victim who knows Dashawn Maurice Peterson well. Barbz make sure to block him!", causing severe emotional distress and reputational harm.

- **July 4, 2025**: Defendant Destiny Alana Dexter (@therealdtiny) made a false harassment claim about Plaintiff, posting a screen recording with information from an impersonation page (@dashawnpeterson) pretending to be Plaintiff. The post included a message stating "@BadLikeNicki (which is Plaintiff's real Twitter username) was begging me to get my bitches & go in the space on his burner page. Me: Say my name and tell me to go up there. Dashawn 10 seconds later: DESTINY *leaves space* You & your bitches were caught red handed & y'all still want to keep going??", furthering the defamatory narrative and causing additional emotional distress.

- **September 6, 2025, 8:34 PM - 10:29 PM CDT**: Plaintiff's virtual phone number (from Google Voice forwarded to his phone) received a call from "No Caller ID" and a text

message from the TextNow number 1-617-263-8542 between these time frames, causing additional fear and emotional distress. The operators of the TikTok fake accounts @dashawn.shawn.li and an unspecified TikTok fake page, whose identities are to be determined through discovery, may be involved in related harassment.

- **September 8, 2025, to Present (Ongoing):** The harassment and defamatory actions by Defendants and the aforementioned anonymous individuals continue, with ongoing efforts to damage Plaintiff's reputation and emotional well-being

1. Defendant Destiny Alana Dexter, operating Twitter/X accounts @therealdtiny and @DOUBLEDTINY3 (now renamed @KISSMYDOUBLED), posted false and defamatory statements about Plaintiff Dashawn Maurice Peterson on social media, including accusations that harmed Plaintiff's reputation, from January 2025 to now, with notable instances on May 15, 2025, at 1:39 PM CDT and 1:53 PM CDT from @DOUBLEDTINY3 (now @KISSMYDOUBLED), and July 4, 2025, from @therealdtiny, as detailed above.

2. Defendant Kenndy Smith Jackson, operating Twitter/X account @TopnotchKenn, posted false and defamatory statements about Plaintiff Dashawn Maurice Peterson on social media, including accusations that harmed Plaintiff's reputation, from January 2025 to now.

3. Defendant Camron (or Cameron) "Cam" Lee Wright, operating Twitter/X account @wrightcamx, posted false and defamatory statements about Plaintiff Dashawn Maurice Peterson on social media, including accusations that harmed Plaintiff's reputation, from January 2025 to now.

4. Defendant John Doe 1, known as Twitter user @FeelTheBass86 (online pseudonym Marajesty, leads this group), and possibly @ItsMinajKingdom and @GasAtTheStation, posted false statements, including specific tweets with IDs [list Tweet IDs if known, or describe, e.g., "posts falsely accusing Plaintiff of immoral or criminal acts"], from January 2025 to now. These posts were viewed by others and caused reputational harm and emotional distress to Plaintiff in Indiana. John Doe 1 conspired with Defendants Camron (or Cameron) "Cam" Lee Wright, Destiny Alana Dexter, and Kenndy Smith Jackson to orchestrate these defamatory actions.

5. Defendant Prettibarblui (nickname: LJ) made false alleged accusations about Plaintiff on Twitter around mid-May 2025, including claims that Plaintiff engaged in inappropriate behavior and spread misinformation about Plaintiff's personal life, as

detailed above, contributing to the harm and to be further investigated through discovery, including the determination of LJ's real name.

6. Individuals operating under anonymous accounts, including John Doe 2 (operator of TikTok fake account @dashawn.shawn.li), John Doe 3 (operator of an unspecified TikTok fake page), John Doe 4 (operator of the now-deleted fake Twitter/X account @DashawnPeterson), and John Doe 5 (operator of the Twitter/X anonymous account @DoxxingBarb), have contributed to the harassment and defamation, with their specific roles and identities to be clarified through discovery.

7. Defendants' actions were intentional and outrageous, causing Plaintiff Dashawn Maurice Peterson severe emotional distress, reputational harm, and fear for personal safety, all felt in Indiana.

**Claims and Facts (continued)**

10. **Claim 1: Defamation Per Se** – Defendants Destiny Alana Dexter (@therealdtiny, @DOUBLEDTINY3 now @KISSMYDOUBLED), Kenndy Smith Jackson (@TopnotchKenn), Camron (or Cameron) "Cam" Lee Wright (@wrightcamx), John Doe 1 (@FeelTheBass86, online pseudonym Marajesty, possibly @ItsMinajKingdom, @GasAtTheStation), and Prettibarblui (nickname: LJ), along with the anonymous individuals operating the accounts mentioned in paragraph 8, published false statements about Plaintiff Dashawn Maurice Peterson on Twitter/X and TikTok , accusing Plaintiff of immoral or criminal acts.

    These statements were viewed by others, were made with malice or reckless disregard for truth, and harmed Plaintiff's reputation in Indiana. John Doe 1 conspired with Defendants Camron (or Cameron) "Cam" Lee Wright, Destiny Alana Dexter, and Kenndy Smith Jackson to execute this defamation campaign.

11. **Claim 2: Intentional Infliction of Emotional Distress** – Defendants' actions (defamatory posts, 10 consecutive back-to-back phone calls on June 6, 2025, TextNow text, fake TikTok pages, and the call/text from September 6, 2025) were outrageous, intentionally targeting Plaintiff Dashawn Maurice Peterson to cause severe emotional distress, including fear, anxiety, and humiliation, felt in Indiana.

12. **Discovery Intent** – Plaintiff intends to issue subpoenas to X Corp., TikTok Inc. (5800 Bristol Parkway, Suite 100, Culver City, CA 90230, United States, legal@tiktok.com), Boost SubscriberCo L.L.C. (Attn: General Counsel, 5701 S. Santa Fe Drive, Littleton,

Colorado 80120, Plaintiff's former cell company), T-Mobile Prepaid (Attn: Legal Department, 12920 SE 38th St, Bellevue, WA 98006, Plaintiff's current carrier), and TextNow, Inc. (U.S. HQ: 1 Sutter St #800, San Francisco, California), to obtain identifying information for the anonymous individuals mentioned in paragraph 8, specifically including John Doe 2 (operator of TikTok fake account @dashawn.shawn.li) in relation to the fake pages, and to confirm the actions of Defendants Destiny Alana Dexter (@therealdtiny, @DOUBLEDTINY3 now @KISSMYDOUBLED), Kenndy Smith Jackson (@TopnotchKenn), Camron (or Cameron) "Cam" Lee Wright (@wrightcamx), and Prettibarblui (nickname: LJ), including the real name of LJ, as detailed in a Motion for Expedited Discovery filed concurrently to prevent retaliation or destruction of evidence.

The subpoena to Boost SubscriberCo L.L.C. will reference account number 55845716330176 and PIN 1205 for access to call records associated with phone number 219-240-9577, including the 10 consecutive back-to-back calls on June 6, 2025. The subpoena to T-Mobile Prepaid will request call records and related data for the same phone number 219-240-9577, covering harassment incidents from January 1, 2025, to September 9, 2025.

The subpoena to TikTok Inc. will request subscriber information, including TikTok username, email address (depending on sign-up method), phone number (depending on sign-up method), account creation date, IP address at account creation, and device information, for the fake TikTok accounts @dashawn.shawn.li and the unspecified TikTok fake page, covering the period from January 1, 2025, to Present Time, with a specific focus on identifying John Doe 2.

The subpoena to X Corp. will request account details for @FeelTheBass86, @MarajestyElite, @ItsMinajKingdom, @GasAtTheStation, @therealdtiny, @DOUBLEDTINY3 (now @KISSMYDOUBLED), @TopnotchKenn, @wrightcamx, @DoxxingBarb, @prettibarblui, and the now-deleted @DashawnPeterson, to confirm ownership and activity during the same period.

The subpoena to TextNow, Inc. will request subscriber information, including the phone number, email address, account creation date, IP address at account creation, and device information, for the TextNow account associated with the harassing text message (from TextNow Number +1 (651) 349-3559 ) sent to Plaintiff's iPhone 13 with Boost Mobile number 219-240-9577, where Plaintiff's now-previous carrier was Boost Mobile, and for the TextNow number 1-

617-263-8542 involved in the call/text on September 6, 2025, covering the period from January 1, 2025, to September 9, 2025.

RELIEF Plaintiff respectfully requests:

a. Compensatory damages exceeding $75,000 for emotional distress, reputational harm, and other losses, to be determined at trial.

b. Punitive damages for Defendants' malicious conduct.

c. Injunctive relief ordering Defendants and the anonymous individuals mentioned in paragraph 8 to remove all defamatory posts, fake pages, and cease all harassment.

d. Costs and fees permitted by law. e. Any other relief the Court deems just.

f. If it comes to a criteria of criminal, please forward it to the proper law enforcement in each defendant's respective jurisdiction (e.g., Sun City Center, FL for Destiny Alana Dexter; Alpharetta, GA for Kenndy Smith Jackson; Richmond Hill, Queens, NY or Weeki Wachee, FL for Camron (or Cameron) "Cam" Lee Wright; and the identified jurisdictions for John Doe 1 and the anonymous individuals once known).