UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DaSHAWN MAURICE PETERSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 2:25-CV-432-PPS-AZ |
| DESTINY ALANA DEXTER, et al., | |
| Defendants. | |

ORDER

The Court received the attached e-mail, addressed to its Chambers Inbox. The Court notifies the parties that the Court will not take any action based upon the e-mail.

SO ORDERED.

ENTERED: December 12, 2025.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

-----Original Message-----
From: Destiny Dexter <destinydexter08@gmail.com>
Sent: Wednesday, December 10, 2025 3:15 PM
To: Simon Chambers <Simon_Chambers@innd.uscourts.gov>
Subject: Peterson vs Dexter error

CAUTION - EXTERNAL:


Good evening,

My name is Destiny Dexter, I live in the state of Florida and I received paperwork pertaining to the lawsuit of a Dashawn Maurice Peterson Case number 2:25-cv-00432-PPS-AZ .As I was reading the information, it is based on a situation that happened on the Twitter app. I do not have a Twitter account nor do I have the account that is on the case which is (Doubledtiny3). It also says there was a livestream that the plaintiff (Peterson) was having a conversation with the person that owns the twitter account so I'm sure the plaintiff knows who the person that they are suing knows what they look like. The person that owns that account has the same first name as me. Is there someone I can speak to to clear the error/ wrong information ?
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.