# MOTION FOR LEAVE TO FILE ELECTRONICALLY

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA** Hammond Division

Case No.: 2:25-cv-00432 **Peterson v. Dexter et al.**

**Plaintiff: DaShawn Maurice Peterson**

-FILED-
DEC 29 2025
At
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION

Plaintiff, appearing pro se, respectfully moves this Court for leave to file documents electronically through the Court's CM/ECF system. Plaintiff requests this special permission due to circumstances that make electronic filing necessary for efficiency, accuracy, and reliable participation in this matter.

## GROUNDS

1. **Transportation Challenges**: Plaintiff resides in Gary, Indiana, and travel to the Hammond courthouse presents significant logistical difficulties. Regular courthouse trips are burdensome and create barriers to timely filing.
2. **Mail Delays in Local Area**: Plaintiff's area has experienced **unexpected delays in postal delivery within this calendar year (2025)**, which risks filings being received late or not docketed promptly.
3. **Reliability of Electronic Filing**: Electronic filing ensures that documents are received and docketed immediately, eliminating uncertainty caused by transportation or mail delays.
4. **Accuracy and Record Integrity**: Filing electronically reduces the chance of lost mail, misfiled paper submissions, or clerical errors.
5. **Judicial Economy**: Granting electronic filing access will reduce administrative burdens on the Clerk's Office and streamline case management.
6. **Consistency with Modern Practice**: Most filings in federal court are electronic. Allowing Plaintiff to participate electronically aligns his filings with standard practice and ensures smoother communication with the Court and opposing parties.

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant him permission to file electronically in this case and provide instructions for registering with the CM/ECF system as a pro se litigant.

DaShawn Maurice Peterson
Gary, IN
Plaintiff, Pro Se
dpeterson331@hotmail.com
1-219-232-8489