# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

**DaShawn Maurice Peterson, Plaintiff v. Destiny Alana Dexter, et al., Defendants**

Case No.: 2:25-cv-00432

DECEMBER 10TH 2025

**Clerk of Court** United States District Court Northern District of Indiana Hammond Division

**Dear Clerk of Court,**

Enclosed please find the following documents for filing in the above-referenced matter:

- **Plaintiff's Motion for Leave to File First Amended Complaint**
- **Motion for Leave to Proceed Against a Pseudonymous Defendant or for Early Discovery**
- **Amended Complaint** — updating the Parties section to reflect the addition of a new John Doe Defendant identified as "Cookie" (operating under the usernames **@ONIKACOOKIE** and **@StanbaseX**), and removal of Defendant Camron Wright. Plaintiff is filing a clean Amended Complaint; no redline is required under the Local Rules, but one can be provided upon request.
- **Notice of Amendment** — clarifying that Defendant Camron Wright has been removed from this action pursuant to Plaintiff's amendment.
- **Notice of Addition of John Doe Defendant Cookie** — formally adding John Doe Defendant Cookie as a Defendant in this matter.
- **Notice of Correction of Pronouns** — correcting the docket to reflect that Plaintiff is a biological male using the pronouns **he/him**.
- **Motion for Leave to File Electronically** — requesting special permission to file electronically through CM/ECF due to transportation challenges and mail delays in Plaintiff's area.

Please docket these filings accordingly. Kindly return a file-stamped copy for my records. Thank you for your assistance.

**Respectfully submitted,** *DaShawnPeterson*

DaShawn M. Peterson

Pro Se

Gary, IN

Email: dpeterson331@hotmail.com

Phone: (219) 232-8489