13070177.1.7




**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF INDIANA**

**DaShawn Maurice Peterson, Plaintiff** v. **Destiny Alana Dexter, et al., Defendants**

**Case No.: 2:25-cv-00432**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff **DaShawn Maurice Peterson**, proceeding pro se, and respectfully moves this Honorable Court for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, Plaintiff states as follows:

## 1. Filing Date

Plaintiff filed the original Complaint on **Friday, September 19, 2025**.

## 2. Basis for Amendment

- **Removal of Defendant:** Plaintiff seeks to remove **Camron Wright** as a named defendant.
- **Additional facts and parties:** Since the filing of the original Complaint, Plaintiff has identified additional facts and **added parties as defendants** relevant to the claims asserted.
- **Clarification of claims:** The amendment will provide greater detail regarding the conduct of the defendants and their connection to the alleged harassment and threats.
- **Interests of justice:** Allowing amendment will promote resolution of all claims on the merits and avoid piecemeal litigation.

## 3. Legal Standard

Rule 15(a)(2) provides that the Court should freely grant leave to amend "when justice so requires." Courts generally permit amendment absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of amendment.

## 4. Good Cause

- Plaintiff seeks amendment in good faith and without undue delay.
- No prejudice will result to Defendants, as the case remains in its early stages.
- The proposed amendment is necessary to ensure that the pleadings accurately reflect the parties and claims at issue.

13070177.1.8

## 5. Relief Requested

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached First Amended Complaint, deem it filed as of the date of this Order, and grant such other relief as the Court deems just and proper.

## Declaration

I, **DaShawn Maurice Peterson**, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted

DaShawn Peterson

DaShawn M. Peterson
Pro se
Gary, IN
Email: dpeterson331@hotmail.com
Phone: 2192328489
Date: December 10, 2025