**CERTIFIED MAIL**



FIRST-CLASS MAIL
IMI
$010.56
12/22/2025  ZIP 85255
043M31263710

US POSTAGE

9214 8901 4298 0441 1902 55

**CERTIFIED MAIL**

DASHAWN PETERSON
1624 GEORGIA ST
Gary, IN 46407

**See Important Information Enclosed**



0013070177000011
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
CLERK OF COURT
5400 federal plaza SUITE 2300
Hammond, IN 46320