# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

**DaShawn Maurice Peterson, Plaintiff v. Destiny Alana Dexter, et al., Defendants**

Case No.: 2:25-cv-00432

## NOTICE OF ADDITION OF DEFENDANT "COOKIE"

Plaintiff **DaShawn Maurice Peterson** hereby provides notice to the Court that the **Amended Complaint** filed contemporaneously with this Notice adds a new Defendant identified as **"Cookie."**

This Defendant is known to operate under the usernames @ONIKACOOKIE and @StanbaseX on Twitter/X. Plaintiff alleges that Cookie has engaged in a coordinated campaign of online impersonation and harassment. Specifically, Cookie has disseminated defamatory statements, including false claims that Plaintiff himself engaged in harassment, and false claims that Plaintiff operated impersonation accounts used to spread **CSAM-related content falsely attributed to Plaintiff.**

These actions were undertaken with actual malice and reckless disregard for Plaintiff's safety and reputation, causing severe emotional distress and reputational harm. Plaintiff further states that the true identity of Cookie will be established through **formal discovery and subpoenas** issued in the course of this litigation.

The Amended Complaint reflects this addition in the Parties section.

Respectfully Submitted

*[signature]*
DaShawn M. Peterson
Pro se
Gary, IN
Email: dpeterson331@hotmail.com
Phone: 2192328489
Date: December 10, 2025