AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DaShawn Maurice Peterson
*Plaintiff*
v.
Destiny Alana Dexter, et al
*Defendant*

Case No.   2:25-cv-00432-PPS-AZ

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Destiny Alana Dexter

Date:   01/09/2026

*Attorney's signature*

Victoria G. Bain 38120-45
*Printed name and bar number*
Law Office of Weiss, Schmidgall, and Hires, PC
Six West 73rd Avenue
Merrillville, IN 46410

*Address*

vbain@wshlegal.com
*E-mail address*

(219) 736-5297
*Telephone number*

(219) 769-5297
*FAX number*