**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| DaShawn Maurice Peterson, ) | |
| Plaintiff, ) | |
| v. ) | Case Number: 2:25-cv-00432-PPS-AZ |
| ) | |
| Destiny Alana Dexter, et. al, ) | |
| Defendants. ) | |

## OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT, DESTINY DEXTER

Comes now, Defendant, Destiny Dexter, by counsel, and for her Objection to Plaintiff's Motion for Entry of Default, states as follows:

1. Plaintiff filed this action on or around September 19, 2025.

2. Defendant, Destiny Dexter, was served with the original pro se Complaint on or around December 15, 2025.

3. Defendant, Destiny Dexter, had up to and including January 5, 2026, to file and Answer or otherwise plead to Plaintiff's original Complaint.

4. Before the expiration of time to plead or otherwise respond to Plaintiff's Complaint, Plaintiff filed a Motion to Amend Pro Se Complaint on December 29, 2025.

5. Federal Rule of Civil Procedure 15 allows a party to amend their pleading "with the opposing party's written consent or the court's leave."

6. However, the amended pleading alters the time for a Defendant to respond.

7. Federal Rule of Civil Procedure 15(a)(3) states "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within fourteen days after service of the amended pleading, whichever is later."

8. Defendant, Destiny Dexter, has not been served with the Amended Pro Se Complaint.

9. The docket does not reflect that Plaintiff has directed service of the Amended Complaint to the Defendant to date.

10. Therefore, Plaintiff's Motion for Default is not ripe at this time.

11. Defendant, Destiny Dexter, will plead and/or otherwise respond to Plaintiff's Complaint within the specified timeframe provided by Federal Rule of Civil Procedure 15(a)(3).

12. Defendant has retained the undersigned counsel, who will accept service on behalf of the Defendant and plead or otherwise respond within the specified time frame.

WHEREFORE, Destiny Dexter, by counsel, respectfully requests this honorable Court deny Plaintiff's Motion for Default against the Defendant, allow the Defendant the proper time to plead or otherwise respond pursuant to Federal Rule of Civil Procedure 15(a)(3), and for any and all other relief that this honorable Court finds just and proper in the premises.

                         Respectfully Submitted,

By:    */s/ Victoria G. Bain, Esq.*
        Victoria G. Bain, Esq.
        Attorney ID No.: 38120-45
        Six W. 73rd Avenue
        Merrillville, IN 46410
        (219) 736-5297
        vbain@wshlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, a true and accurate copy of the foregoing pleadings and/or paper to be served using the CM/ECF system, which sent notification of such filing to all counsel of record as follows:

*/s/ Victoria G. Bain*

DaShawn Maurice Peterson
1624 Georgia Street
Gary, IN 46407
Pro Se Plaintiff
Via U.S. First Class Mail

Kennedy Smith Jackson
123 Preakness Drive
Alpharetta, GA 30022
Pro Se Defendant
Via U.S. First Class Mail