# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| DaSHAWN MAURICE PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause Number: 2:25-CV-432-PPS-AZ |
| | ) | |
| DESTINY ALANA DEXTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pro se Plaintiff, DaShawn Maurice Peterson, filed a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 25.] None of the defendants have filed an answer or motion for summary judgment in this matter.

As the Notice of Dismissal [DE 25] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is ORDERED to CLOSE this case.

The motion to seal [DE 26] is the only motion that will REMAIN PENDING, and will be ruled upon in the near future.

ENTERED: January 28, 2026.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**